UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THOMAS D. WETZEL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-4837** |
| **ALLSTATE INSURANCE COMPANY** | **SECTION "K"(2)** |

## ORDER

Considering the foregoing Motion to Dismiss Allstate Homeowners Claim With Prejudice;

**IT IS ORDERED** that the Motion to Dismiss Allstate Homeowners Claim With Prejudice be and hereby is **GRANTED**, and that the claims asserted herein against Allstate Insurance Company for the homeowners claim only, be and hereby are dismissed with prejudice, each party to bear its own costs. This order does not apply to plaintiff's pending claims in the captioned action against Allstate as flood insurer.

New Orleans, Louisiana, this 2nd day of October, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE